UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BRANDON STEVENSON #376827     CIVIL ACTION

versus     NO. 06-1244

N. BURL CAIN, WARDEN,     SECTION: "J" (1)
LOUISIANA STATE PENITENTIARY

## O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Brandon Stevenson** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this  3rd  day of   October  , 2006.

UNITED STATES DISTRICT JUDGE